M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2008 APR -2 A 10: 01
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

WIllIE JAMES CLEMMONS, JR.,
Full name and prison name of
Plaintiff(s)

v.

HERBIE Johnson
NURSE PAULA
C/o MATHEW
C/o NewCOMB

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 2:08-CV-243-WHA
(To be supplied by Clerk of U.S. District
Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☑  No ☐

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ☑   NO ☐

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) Willie JAMES Clemmons, JR

         Defendant(s) HeRBIe Johnson, DR. BAtes, Nurse PAulA Corp. PAtton, Nurse Green

      2. Court (if federal court, name the district; if state court, name the county)

         MIDDLE

3. Docket number **2:08-CV-160-WKW**
4. Name of judge to whom case was assigned **HON. TERRY F. MOORER**
5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) **pending**
6. Approximate date of filing lawsuit **3/11/2008**
7. Approximate date of disposition **pending**

II. PLACE OF PRESENT CONFINEMENT **Autauga County Jail**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **Autauga County Jail**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Herbie Johnson | 136 N. Court St, Prattville, AlA 36067 |
| 2. | Nurse Paula | " |
| 3. | C/O Mathews | " |
| 4. | C/O ~~Hotouth~~ Newcomb | " |
| 5. | | " |
| 6. | | Same as Above |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **On or About March 22nd 2008**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

** GROUND ONE: **Cruel + Injust Treatment**
I'm a pre-trial Detainee,

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

See Exhibit "A"

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

Case 2:08-cv-00243-WHA-TFM   Document 1   Filed 04/02/2008   Page 3 of 9

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Appoint Me AN Attorney to Represent Me in this case
Punitive DAMAGES $ 500,000
CRUEL + UNJUST TREAtMent DAMAGES $ 700,000
Negligence + Compasitory DAMAges $ 500,000
INJUNTIVE RELIEF
MENTAL ANGUISH DAMAGES $ 500,000

_Willie J. Clemmons_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/1/2008
(Date)

_Willie J. Clemmons_
Signature of plaintiff(s)

Exhibit (1 of 4) "A"

ON or about the Month of March 22nd, 2008 I Willie James Clemmons, JR was escorted up to the Nurse's station by C/O Mattew, where Nurse Paula gave me my 3rd inmate intake Exam since being incarcerated at autauga County Jail, I told Nurse Paula to look at my Medical file and she would see that I've already had (2) two intake Exams already She ignored the Comment and proceeded anyway with her Exam. After the Exam she told me to go out into the Hallway with the Rest of the waiting inmates, and she call C/O Mattew into the Nurse's station to talk to her, And then C/O Mattews came out and escorted, All of the inmates back to the population Area to their Assigned cell pods, but when she got to my cell pod she told me she was going to take me back up to the Nurse's station upon Returning to the Nurse's station About (10) ten feet from the Nurse's station she walk me over to the lockdown cells

And had the door open and she told Me to go inside with two (2) other INMates, (INMates Name (JaMes) John Wood III, and Jerry Harris) And told Me to get Butt-Naked because I was being put an Sucide Watch And I told her I was not going to undress in front of a WoMan, and I told her I was not going to kill Myself again And she said that Nurse Paula wanted Me put on sucide Watch. C/o Mattew left and went and got C/o NewComb to come and order Me to get Naked. I said I aM not going to get Butt-Naked in front of (2) two WoMens. C/o NewComb order Me to get Naked again I felt I had no choice so I got Naked and I stood in front of these (2) two WoMen guards. C/o Mattews started laughing at Me standing there Butt-Naked. I was given a paper gown and lock-dowd with (2) two other inMates that had all of their personal belongings Blankets, clothes, sheets, socks, towel every thing.

3 oF 4

If the Nurse thought I was Sucidal Why? Would I be put in a lockdown cell with INMates that have all of their personal Effects, John Wood III and Jerry Harris threatened to beat Me up, because I was Naked only wearing a paper gown they told % Stoudemire, and % Villa to Move Me or they was going to beat Me up, and they didn't Move me, I was left to sleep on the floor for (3) three days scared I was going to be beat up or kill by these Violent INMates that can't live Amongst the jail population. Without fighting other inMates. I was scared for My life for (3) three days.

As I've Already stated in Another pending Complaint I sustained A head and Neck INjury that I've Never Received proper Medical treatment. I was force to sleep on the floor for (3) three days And My Condition has worseN. My paceMakeR is Always acting up (Malfuntion) I'M a 59 years old Man that was HuMiliated by standing butt-Naked In front of two WoMen Guards, (Watch) MRS. Mattew started Laughing at Me

Standing there butt-Naked, ~~Epo~~ Exposed. And then put in lock down for no reason at All But to Exert(e) their position of Authority on a defenseless pre-trial Detainee As the Honorable Court Already Knows I AM indigent and My status has not changed.

I Certify that I've follow the Autauga jail policy on Exhausting the jail Remedies I submitted Grievance's to the Jail staff And Herbie Johnson Sheriff of Autauga County Jail on 3/25/2008.

*Willie J. Clemmons*
WilliE J. CLEmmons

4/1/2008

MR. Willie James Clemmons JR
136 N. Court St
Prattville Al 36067-3002

Legal Mail Enclosed

INMATE MAIL
AUTAUGA METRO JAIL



MONTGOMERY AL 361
01 APR 2008 PM 1 T

Hon. Debra Hackett
UNITED STATES DISTRICT COURT
P.O. BOX 711
Montgomery, Al 36101-0711