IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE JAMES CLEMMONS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08-CV-243-WHA |
| | ) [WO] |
| | ) |
| HERBIE JOHNSON, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

In the complaint filed on April 2, 2008 (Court Doc. No. 1 at 4), the plaintiff requests that the court appoint counsel to represent him. The court therefore construes this document to contain a motion for appointment. The court notes that the facts underlying the plaintiff's pending claim for relief is relatively simple and the law applicable to such claim is not complex. Moreover, the pleadings filed in this case establish that the plaintiff is capable of presenting the necessary elements of his claim to this court and fail to demonstrate that there are exceptional circumstances justifying appointment of counsel. *See Bass v. Perrin*, 170 F.3d 1312, 1320 (11th Cir. 1999); *Kilgo v. Ricks*, 983 F.2d 189, 193 (11th Cir. 1993); *Dean v. Barber*, 951 F.2d 1210, 1216 (11th Cir. 1992). Accordingly, the interests of justice do not compel appointment of counsel, and it is

ORDERED that the motion for appointment of counsel be and is hereby DENIED.

Done this 4th day of April, 2008.

                                  /s/ Terry F. Moorer
                              TERRY F. MOORER
                              UNITED STATES MAGISTRATE JUDGE