**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sheriff Herbie Johnson
   AUTAUGA METRO JAIL
   136 North Court Street
   Prattville, AL 36067

   08CV243

2. Article Number
   (Transfer from service label)    7007 2680 0003 1841 6780

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Barbara G. Rhodes*    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): BARBARA G. Rhodes
C. Date of Delivery: 4-7-08

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Nurse Paula
   AUTAUGA METRO JAIL
   136 North Court Street
   Prattville, AL 36067

   08CV243

2. Article Number
   (Transfer from service label)    7007 2680 0003 1841 6797

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Barbara G. Rhodes*    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): BARBARA G. Rhodes
C. Date of Delivery: 4-7-08

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Barbara J. Rhodes* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): *Barbara G. Rhodes*  C. Date of Delivery: 4-7-08<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>CO Mattew<br>AUTAUGA METRO JAIL<br>136 North Court Street<br>Prattville, AL 36067<br><br>08cv243 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 2680 0003 1841 6803 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-0

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Barbara J. Rhodes* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): *Barbara G. Rhodes*  C. Date of Delivery: 4-7-08<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>CO Newcomb<br>AUTAUGA METRO JAIL<br>136 North Court Street<br>Prattville, AL 36067<br><br>08cv243 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 2680 0003 1841 6087 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540