WILLIE JAMES CLEMMONS, JR.         )
                                   )
    Plaintiff,                     )
                                   )   CASE NO.-2:08-CV-243-WHA
v.                                 )
                                   )
SHERIFF HERBIE JOHNSON, et al.,    )
                                   )
    Defendants.                    )

## AFFIDAVIT

Before me, the undersigned authority, personally appeared Paula Moates, who, after first being duly sworn, says as follows:

"My name is Paula Moates, I am a nurse employed by Quality Corrections Healthcare and assigned to Autauga Metro Jail.

On March 22, 2008 I saw Mr. Willie James Clemmons for a history and physical. One of the questions I asked him was, "Are you suicidal?" Mr. Clemmons answered "yes." I asked him again "so you want to commit suicide?" he answered "yes" again. Thinking maybe that he did not understand I asked him a third time "Do you want to kill yourself?" He stated "yes." I then informed an officer that he needed to go on suicide watch. The officer then told Mr. Clemmons that he had to go to isolation for suicide watch and asked him if he was really suicidal. Mr. Clemmons answered the officer stating "yes I am."

While in isolation, Mr. Clemmons refused to take his medicine. He stated to me, "I am not taking anything from you lady. Someone will be coming to see you in a couple of days."

                                                              _Paula Moates_ (signature)
                                                              Paula Moates

SWORN TO and SUBSCRIBED before me this _13_ day of May, 2008.

                                                              _[signature]_
                                                              NOTARY PUBLIC
                                                              My Commission Expires: _1/22/2012_