# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| WILLIE JAMES CLEMMONS, JR. ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CASE NO.-2:08-CV-243-WHA |
| v. ) | |
| ) | |
| SHERIFF HERBIE JOHNSON, et al., ) | |
| ) | |
|     Defendants. ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Paula Moates (names "Nurse Paula" in the above matter), a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[x] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[x] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Quality Corrections Healthcare | Employer |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

05/ 14 /2008
_____
    Date

/s/ Wayne P. Turner
Counsel

   Wayne P. Turner (TUR009)
Counsel for (print names of all parties)

1505 Madison Avenue, Montgomery, AL 36107
Address, City, State Zip Code
(334) 420-6560
Telephone Number

**CERTIFICATE OF SERVICE**

  I, Wayne P. Turner, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail and/or U.S. Mail on this 28 day of April 2008, to:


Willie J. Clemmons, Jr.
Pro Se
1417 County Road 161
Marbury, Alabama 36051


Robert J. Faulk, Esq.
145 W Main Street
Prattville, Alabama 36067


| | |
|---|---|
| 05/ 14/2008 | /s/ Wayne P. Turner |
| Date | Signature |