IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE JAMES CLEMMONS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:08-CV-243-WHA |
| ) | [WO] |
| ) | |
| HERBIE JOHNSON, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon review of the special report and affidavit filed by defendant Paula Moates, a.k.a., nurse Paula, on May 14, 2008, and as these documents fail to comply with the directives of the order entered on April 4, 2008 (Court Doc. No. 4), it is

ORDERED that on or before May 29, 2008 defendant Moates shall file a supplement to her special report which contains (i) an affidavit from the defendant addressing the plaintiff's claims that she failed to provide him adequate medical treatment for a neck/back injury and his heart condition (malfunctioning pacemaker), and (ii) all records relevant to his claims for relief against her.

Done this 14th day of May, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE