IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE JAMES CLEMMONS, JR., | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION NO. 2:08-CV-243.WHA |
| | * |
| HERBIE JOHNSON, et al., | * |
| | * |
| Defendants. | * |

RECEIVED
2008 MAY 14 P 12: 32
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## ANSWER TO COMPLAINT

COMES NOW the Defendants, HERBIE JOHNSON, MARY MATTHEWS and LYN NEWCOMB, by and through counsel, and for Answer to Complaint would state and aver as follows:

I.   Admits.

II.  Admits.

III. Admit.

IV.  Denies and would state that he is currently out on bond.

V.   Denies the allegations in Paragraph V and would demand strict proof thereof.

VI.  Denies the allegations in Paragraph VI and would demand strict proof thereof.

FOR FURTHER ANSWER,

1. Defendants deny the allegations made against them by the Plaintiff as said allegations are untrue and completely without basis in law or fact.

2. Defendants deny that they acted, or caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

3. The Plaintiff's Complaint fails to state a claim upon which relief can be granted.

4. The Defendants raise the defenses of Eleventh Amendment immunity, qualified immunity, failure to exhaust procedures and the Plaintiff's failure to comply with the Prison Litigation Reform Act.

5. The Defendants reserve the right to add additional defenses if any further pleading is required or allowed by the law.

                                                                                      _____
                                                                                      J. ROBERT FAULK (FAU002)
                                                                                      Attorney for Defendants

OF COUNSEL:
McDOWELL, FAULK & McDOWELL, L.L.C.
Attorneys at Law
145 West Main Street
Prattville, AL 36067
(334) 365-5924          Telephone
(334) 365-6016          Facsimile
robert@mcdowellfaulk.com   Email

### CERTIFICATE OF SERVICE

I hereby certify that I have on this the 14th day of May, 2008 served a copy of the foregoing on Willie James Clemmons, Jr. by placing a copy of same in the U. S. Mail, postage prepaid and properly addressed as follows:

Willie James Clemmons, Jr.
1417 County Road 161
Marbury, AL 36051

Wayne P. Turner, Esq.
1505 Madison Avenue
Montgomery, AL 36107

                                                                                      _____
                                                                                      J. ROBERT FAULK