IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WILLIE JAMES CLEMMONS, JR. )
)
Plaintiff, )
)
v. ) CASE NO. 2:08-CV-243.WHA
)
HERBIE JOHNSON, ET AL., )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Herbie Johnson, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Autauga County | Government for Autauga County |
| Autauga County Sheriff's Office | Employer |

5/14/2008
Date

(Signature)
J. Robert Faulk (FAU002)
(Counsel's Name)

Herbie Johnson
Counsel for (print names of all parties)

145 West Main Street
Prattville, AL  36067
Address, City, State Zip Code

334-365-5924
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, J. Robert Faulk, do hereby Certify that a true and correct copy of the foregoing has been furnished by U. S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 14th day of May 20 08 to:

Willie James Clemmons, Jr.

1417 County Road 161

Marbury, AL 36051


Wayne P. Turner, Esq.

1505 Madison Avenue, Montgomery, AL 36107


5/14/2008
Date

Signature