**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 15, 2008

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:** Willie James Clemmons, Jr. **v. ,** Herbie Johnson**, et al.**
**Case Number:** 2:08-cv-243-WHA

**Pleading : #15 - Conflict Disclosure Statement**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 5/14/2008 with the wrong pdf document attached.**

 **The correct pdf document is attached to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WILLIE JAMES CLEMMONS, JR.,  )
                             )
    Plaintiff,                )
                             )
v.                           )   CASE NO. 2:08-CV-243.WHA
                             )
HERBIE JOHNSON, ET AL.,      )
                             )
    Defendants,               )

RECEIVED 2008 MAY 14 P 12:33
DEBRA P. HACKET
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Lyn Newcomb, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Autauga County | Government for Autauga County |
| Autauga County Sheriff's Office | Employer |

5/14/2008
Date

(Signature)

J. Robert Faulk (FAU002)
(Counsel's Name)

Lyn Newcomb
Counsel for (print names of all parties)

145 West Main Street
Prattville, AL 36067
Address, City, State Zip Code

334-365-5924
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, J. Robert Faulk, do hereby Certify that a true and correct copy of the foregoing has been furnished by U. S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 14th day of May 2008 to:

Willie James Clemmons, Jr.

1417 County Road 161

Marbury, AL  36051


Wayne P. Turner, Esq.

1505 Madison Avenue, Montgomery, AL  36107


5/14/2008
Date

Signature