IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE JAMES CLEMMONS, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>HERBIE JOHNSON, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 2:08-CV-243-WHA<br>[WO] |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before May 29, 2008 defendant Moates shall file an answer in compliance with the order entered on April 4, 2008 (Court Doc. No. 4).

Done this 15th day of May, 2008.

      /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE