IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| WILLIE JAMES CLEMMONS, JR. | ) | |
| | ) | 2008 MAY 27  P 3: 17 |
| Plaintiff, | ) | |
| | ) | CASE NO.-2:08-CV-243-WHA |
| v. | ) | |
| | ) | |
| SHERIFF HERBIE JOHNSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## SUPPLEMENT TO DEFENDANT PAULA MOATE'S SPECIAL REPORT

Comes now the Defendant, Paula Moates, by and through counsel of record, Wayne P. Turner, and respectfully submits this supplement to her original special report filed on May 14, 2008 as ordered by this Honorable Court on May 14, 2008.

### Documents

Amended Affidavit of Paula Moates (Exhibit 1)

Affidavit of Johnny E. Bates, M.D. (Exhibit 2)

Medical Records of Mr. Willie James Clemmons, Jr. (Exhibit 3)

Respectfully submitted this the _2 7_ day of May, 2008.

Wayne P. Turner
Attorney for Defendant Moates

**OF COUNSEL:**
Wayne P. Turner, Esq.
Bar Number: ASB7227T80W
Attorney for Defendant Bates
1505 Madison Avenue
Montgomery, AL 36107
(334) 420-6560 Telephone
(334) 265-9299 Facsimile
waynetlaw@aol.com


## CERTIFICATE OF SERVICE

I hereby certify that I have this 27th day of May, 2008, I filed the foregoing with the Clerk of the Court sending a hard copy via US Mail, postage prepaid and properly addressed to:


Willie J. Clemmons, Jr.
Pro Se
1417 County Road 161
Marbury, Alabama 36051

Robert J. Faulk, Esq.
145 W Main Street
Prattville, Alabama 36067


/s/ Wayne P. Turner
OF COUNSEL

## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **WILLIE JAMES CLEMMONS, JR.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CASE NO.-2:08-CV-243-WHA** |
| **v.** | ) | |
| | ) | |
| **SHERIFF HERBIE JOHNSON, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### AFFIDAVIT

Before me, the undersigned authority, personally appeared Paula Moates, who, after first being duly sworn, says as follows:

"My name is Paula Moates. I am a nurse employed by Quality Corrections Healthcare and assigned to Autauga Metro Jail.

On March 22, 2008 I saw Mr. Willie James Clemmons for a history and physical. One of the questions I asked him was, "Are you suicidal?" Mr. Clemmons answered "yes." I asked him again "so you want to commit suicide?" he answered "yes" again. Thinking maybe that he did not understand I asked him a third time "Do you want to kill yourself?" He stated "yes." I then informed an officer that he needed to go on suicide watch. The officer then told Mr. Clemmons that he had to go to isolation for suicide watch and asked him if he was really suicidal. Mr. Clemmons answered the officer stating "yes I am."

While in isolation, Mr. Clemmons refused to take his medicine. He stated to me, "I am not taking anything from you lady. Someone will be coming to see you in a couple of days."

During his incarceration Mr. Clemmons complained of his pacemaker not being checked regularly. I informed Mr. Clemmons that the facility did not have a machine to check his pacemaker. Mr. Clemmons stated he had one at home. I asked Mr. Clemmons if he could get his family to bring the machine to me and I would check his pacemaker. Mr. Clemmons said that he would call his family. I never received a pacemaker machine in order to check Mr. Clemmons pacemaker.

During his incarceration Mr. Clemmons complained of head and neck pain. He was given Motrin and thereafter did not complain of any such pain.



EXHIBIT
1

_Paula Moates_
Paula Moates

SWORN TO and SUBSCRIBED before me this **2 2** day of May, 2008.

_____
NOTARY PUBLIC
My Commission Expires: **1/22/2012**

## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA

WILLIE JAMES CLEMMONS, JR.    )

      **Plaintiff,**         )

                    )    **CASE NO.-2:08-CV-160-WKW**

v.               )

SHERIFF HERBIE JOHNSON, et al.,   )

                    )

      **Defendants.**    )

RECEIVED

2008 APR 22 P 1: 44

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

### AFFIDAVIT

Before me, the undersigned authority, personally appeared Johnny E. Bates, M.D., who, after first being duly sworn, says as follows:

"My name is Johnny E. Bates, M.D. I have been licensed to practice medicine in the State of Alabama since 1985 and I am also licensed in the State of Tennessee. I am board certified in internal medicine. I provide medical services to inmates at the Autauga County Detention Facility pursuant to a contract with Autauga County. The following is a summary of the facts surrounding my relationship with the Plaintiff, Willie James Clemmons, Jr. In preparing such summary I have reviewed Willie James Clemmons, Jr.'s medical record, a copy of which is attached hereto as "Exhibit A," I have conferred with my nurse, and I have relied upon my own independent recollection.

Mr. Clemmons' complaint regarding medical care appears to relate to his pacemaker. In that regard, the medical records from his cardiologist have been obtained and are attached hereto as "Exhibit B." The purpose of a pacemaker is to maintain a normal rhythm in the event the heart's natural rhythm is altered for various reasons. In this case, the record is clear that Mr. Clemmons' pulse has always been above 60, even with the use of Clonidine to control his blood pressure, which can cause low heart rates. Pacemakers do not fire until a heart rate drops below 60. The original

EXHIBIT

**2**

EKG revealed a normal sinus rhythm which negates the need for the pacemaker.

With regard to Mr. Clemmons' claim that he needs a new pacemaker or a new battery, it is clear from the cardiologist records that neither claim is true. The life expectancy of modern pacemakers is between 8-15 years with the majority lasting longer than 10 years. Mr. Clemmons' pacemakers has several years of useful life remaining.

JOHNNY E. BATES, M.D.

SWORN TO and SUBSCRIBED before me this 22 day of April, 2008.

NOTARY PUBLIC
My Commission Expires: 1/22/2012

Chronological Events Related to the Care of Willie James Clemmons, Jr.

Exhibit I. **Sick call request dated 1/21/08**.

        Summarization: Inmate had numerous complaints
1. Chest pains
2. Lower Stomach Pain
3. Headache
4. Need Mental Health Medications
5. Toothache

        **Findings and treatment**.
Evaluated by nurse who documented the following on the same day as the request:
Chest pains occurred prior to incarceration
Stomach pains actually occurred 3 days before.
**Told nurse at that time that the pacemaker was put in 2008.**
Exam was normal with exception of an elevated BP of 180/100.
Placed on Ibuprofen because of sharp stabbing chest pains which are generally musculoskeletal,
Note the pulse was 62.

Exhibit II. **Physician notes**
First exam 1/21/08
Same day as sick call request.
Complained of sharp chest pains around his pacemaker.
No shortness of breath, no palpitations, patient was unable or unwilling to give me much in the way of a history.
Pulse 60 BP 144/110 R20 O2 Sat. 99%

**Findings and Treatment**.
Exam was normal except for some mild chest wall tenderness at pacemaker insertion site.
Hypertension
History of Mental Health Issues – although not documented in my note the inmate was lucid and did not appear delusional or psychotic in any sense of the word.
Treatment consisted of obtaining medical records to document time and reason for pacemaker insertion. (See Attached Records Request) Observation and obtainment of baseline EKG. (See attached EKG). Placed on Clonidine to control BP (see medical orders).

Exhibit III. **Sick call request dated 1/29/08**
Inmate complained of toothache, Evaluated by nurse placed on Dental list and given Ibuprofen for pain.
Note Pulse is 68. BP down to 144/90.

Exhibit IV. **Physician Note dated 2/17/08**.
Patient complained of toothache and stated pacemaker was placed in 2000 instead of 2008.
Pulse noted again to be 65.
F/U scheduled with Dentist.

Exhibit V. **Offsite Dental Care rendered on 2/19/08**.
See Off-site Dental Consult Report. Two teeth extracted #12, #13.
Again placed on Motrin by Dentist for Dental Pain.

EXHIBIT
3

Quality Correctional Health Care

## TUBERCULIN PPD FOR INMATES

### Please read the following information about tuberculosis.

What Is TB?

Tuberculosis (TB) is a disease caused by germs that are spread from person to person through the air. TB usually affects the lungs, but it can also affect other parts of the body, such as the brain, the kidneys, or the spine. A person with TB can die if they do not get treatment.

What Are the Symptoms of TB?

The general symptoms of TB disease include feelings of sickness or weakness, weight loss, fever, and night sweats. The symptoms of TB disease of the lungs also include coughing, chest pain, and the coughing up of blood. Symptoms of TB disease in other parts of the body depend on the area affected.

How is TB Spread?

TB germs are put into the air when a person with TB disease of the lungs or throat coughs, sneezes, speaks, or sings. These germs can stay in the air for several hours, depending on the environment. Persons who breathe in the air containing these TB germs can become infected; this is called latent TB infection.

| INITIAL SKIN TEST | |
|---|---|
| Date Given: 1/21/08 | Date Read: 1/24/08 |
| Site Given: L Arm | Size: 0 mm |
| Lot #: C 2805AA | |
| Nurse: P. Moates, L | Nurse: D. Moates L |

I agree to TB testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

Willie Clemmon                    1/21/08
Inmate Signature                  Date

Paula Moates, L                   1/21/08
Witness Signature                 Date

Inmate Name: _____    ID# _____

Location: _____

## QCHC SICK CALL REQUEST

Check one: _____✓ Dental     _____ Medical     _____ Mental Health

Name: _Willie J. Clemons_     Inmate I.D. Number _____

Social Security No. _____

Housing Unit _W - 72S_

Medical Problem (be specific): _I need nitro medicaltion FoR_
_FoR my hart, I need A new pace maker FoR my hart,_
_I need my mental Heath medication because I can sleep and_
_I hear voices, I Also need my old pace maker monteRinsed, I need medica_

Inmate's Signature _Willie J. Clemons_ Date _2-18-08_ Time _FoR A paining tooth_

FOR MEDICAL UNIT USE ONLY

S: _____

_____

_____

O: T_____ P_____ RR_____ BP_____ WT_____ Pulse Ox_____%

_____

_____

A: _____

_____

P: _____

_____

E: _____

_2/19/___

_____

Disposition: _____

_____

Nursing Protocol: _____

Provider's Signature: _____ Date _____ Time _____

Referred to Physician ⌐ Appointment Date _____ Time _____

Name: W,ll,E J llemons    Inmate I.D. Number

Social Security No.

Housing Unit W- 70 3

Medical Problem (be specific): I HAVE A Tooth
Ache From 14 bad Teeth That need
To be Pull,

Inmate's Signature Willa Clemons Date _____ Time _____

FOR MEDICAL UNIT USE ONLY

S: _____

O: T 97⁶ P 68 RR 20 BP 144/90 WT _____ Pulse Ox 99 %
broken tooth c̄ cavity (L) ↑ back

A: toothache

P: Ibu 800mg ī PO BID X 3 days
Put on dental list

E: _____

Disposition: Paula D Noates, LP    1/29/08

Nursing Protocol: _____

Provider's Signature: _____ Date _____ Time _____

Referred to Physician ⌐ Appointment Date _____ Time _____




**Quality**
Correctional Health Care
THE QUALITY AND COST CONTAINMENT LEADER

## CONFIDENTIAL FACSIMILE COVER SHEET

*If this facsimile is received in error, please notify Sender.*

| | |
|---|---|
| Date: _2/7/08_ | Pages (Including Cover Sheet) _2_ |
| To: _____ | Sender: _J Laurence RN Autauga Metro Jail_ |
| Fax Number: _____ | Fax Number: _334 358-4827_ |
| Phone Number: _____ | Phone Number: _334-361-2606_ |

_____Urgent    _____For Your Review    _____Reply ASAP    _____Please Comment

Comments: _____

_Autauga Metro Jail_

_The Documents accompanying this transmission may contain confidential health information that is protected by law. This information is intended only for the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party._

**If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited.**

Medical                    Health

Name: Willie J, Clemmons    Inmate I.D. Number _____

Social Security No. 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

Housing Unit D- 703

Medical Problem (be specific): (1) I need medication FOR A bad teeth that need pulling (2) I Can't sleep AT nigh (3) hearing Voices I need my mental Health medication (3) I need my PACEmaker monotoring (4) my Blood PRe, is High all the Tim

Inmate's Signature Willie J. Clemmon Date 1-6-08 Time _____

**FOR MEDICAL UNIT USE ONLY**

S: _____

O: T 97² P 71 RR 20 BP 142/88 WT _____ Pulse Ox 99 %

A: _____

P: On Dental list c̄ Appt
Motrein 400 mg BID X 7days JLawrence RN
Obtain records
E: faxed request 2/7/08

Disposition: _____

Nursing Protocol: _____

Provider's Signature: J Lawrence RN Date 2/8/08 Time _____

Referred to Physician  Appointment Date _____ Time _____

## THC SICK CALL REQUEST

Check one: _____ Dental    ✓ Medical    ✓ Mental Health

Name: _Willie Clemons_____    Inmate I.D. Number_____

Social Security No._____

Housing Unit_____

Medical Problem (be specific): _I am haveing Pains From broken Tooth that was Left in my Gums by the Dentist. I am so sufferring From the Pains due To the Fact that I need nitro meditation and a new pace m_ Replacement, I need my mental Health medication and Hepatitis C Treatment

Inmate's Signature _Willie Clemons_    Date _3-25-05_    Time _____

**FOR MEDICAL UNIT USE ONLY**

S: _____

_____

_____

O: T_____ P_____ RR_____ BP_____ WT_____ Pulse Ox_____%

_____

_____

_____

A: _____

_____

_____

P: _Obtain MH records & medical records_

_____

E: _____

_____

_____

Disposition:_____

_____

Nursing Protocol: _____

Provider's Signature: _____ Date _____ Time _____

Referred to Physician ☐ Appointment Date _____ Time _____

## QCHC SICK CALL REQUEST

Check one: _____ Dental  ✓ Medical  _____ Mental Health

Name: _Willie Clemons_    Inmate I.D. Number _____

Social Security No. _7_

Housing Unit _____

Medical Problem (be specific): _I had A black out and getting out of bed and slip and down and hurt my back an neck I also need blood P. pills, For my H. blood P._

Inmate's Signature _Willie J. Clemons_ Date _2-26-08_ Time _____

---

**FOR MEDICAL UNIT USE ONLY**

S: "_Dr pulled my tooth & left some in there. I need some pain pills_"

O: T _98³_ P _83_ RR _20_ BP _140/90_ WT _____ Pulse Ox _98_ %

A: _____

P: _Motrin 800 mg BID X 3 days_

E: _____

Disposition: _____

Nursing Protocol: _____

Provider's Signature: _Lawrence RN_ Date _2/26/08_ Time _____

Referred to Physician ⌐ Appointment Date _____ Time _____

## HC SICK CALL REQUEST

Check one: _____✓ Dental    _____✓ Medical    _____ Mental Health

Name: _Willie J. Clemmons_    Inmate I.D. Number_____

Social Security No._____

Housing Unit_____

Medical Problem (be specific): _I still have tooth aches because I still have a tooth to be pull, I still need my pace maker replacement and montrinsed, I also needs my mental health medication, my neck and back pains_

Inmate's Signature _Willie Clemmon_ Date _2-4-08_ Time_____

---

FOR MEDICAL UNIT USE ONLY

S: _____
- - - _____
_____

O: T_____ P_____ RR_____ BP_____ WT_____ Pulse Ox_____%

_____
_____

A: _____
_____
_____

P: _____
_____
_____

E: _____
_____
_____

Disposition:_____
_____

Nursing Protocol: _____

Provider's Signature: _____ Date _____ Time_____

Referred to Physician ⌐ Appointment Date _____ Time_____

MEDICATION ADMINISTRATION RECORD

MEDICATIONS

Clonidine 0.1mg
BID X 30 days

Motrin 400mg
PO BID X 14days

Clonidine 0.1 mg po
BID

Motrin 800mg
BID X 3 days

Motrin 800mg bid
X 5 days

Motrin 800mg
PO BID X 14days
PM

Clonidine 0.1mg po
BID

HOUR

AM
PM

Date: 2/1/08
THROUGH 2/29/08

MR Number

Medicare Number

Approved By Doctor:
By:

D.O.B.
Sex
Room # 7

Title:

Telephone No.
Alt. Telephone
Rehabilitative
Potential

Medical Record No.

Patient Code

Administration Date

Clemmons, Willie

MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR |
|---|---|
| Ibuprofen 800mg BID x 3 days | AM / PM |
| Baseline EKG | |
| Clonidine 0.1mg PO BID x 30 days | AM / PM |
| Ibu 800mg ī PO BID x 3 days | AM / PM |

(medication administration grid with numbers 1–31 in columns across each row)

FOR _____ THROUGH _____ 1/31/08

Medicare Number

Approved By Doctor:
By:
D.O.B.

Telephone No.
Alt. Telephone
Rehabilitative Potential

Medical Record

Sex          Room #

...cal Number

...ian
...ysician
...s

...is

...ENT   Chambers Willie

Patient Code   7

Title:

Admission Date

Date:

## QCHC Off-Site Consultation Request

FROM:  Autauga County Jail
        Phone Number: (334) 358-3729  Ext: 226
        Fax: (334) 358-4827

BILL TO:  QCHC, Inc.
        200 Narrows Parkway, Suite A
        Birmingham, AL 35242
        Corporate Number (205) 437-1512

Date & Time: 2/19 '08  1100 A   Patient's Name: Willie Clmons

DOB: 1/10/49   SS #: 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   Sex: (M) F   Inmate Loc: 7

Site Contact: Paula Moates, LP   Off-Site Facility: Dr. Roberson

Off-Site Address & Phone # 365-2238

Complaint/Significant Medical Data (Chronic conditions, allergies, current meds, lab & x-ray results, treatments, etc.) _____

CC: Pain U.L.
DX: broken impacted #12, 13

**Instructions to Off-Site Provider:** Authorization is provided ONLY for requested procedure and treatment of life-threatening conditions.  Prior approval from QCHC's Medical Director is required for additional procedures or hospitalization.  Failure to notify the medical contact person may result in reduced benefits and/or possible denial of payment.  Because of security concerns, inmates must NOT be informed of follow-up appointments or possible hospitalization.  Please note we have a NO NARCOTIC policy.  Complete bottom portion of this Off-Site Consultation form and return in a sealed envelope with the Correctional Officer when the inmate is returned to the facility or fax to the site fax number listed above.  Authorization for payment of services in only guaranteed during the time of actual confinement of the inmate under the custody of the above listed jail/prison and under the terms of our County contract.

Significant Findings/Tests Completed/Diagnosis: _____

TX

Treatment Provided: TX: 3-C - ext #12-13

Orders/Recommendations: Rx Ibuprofen 800 mg tid X 3 day
                  2/19/08

Date/Time: 19 Feb 08 _____  MD

|  | Last | First | Middle Initial |  |
|--|--|--|--|--|
| Name | | | | Inmate # _____ |
| Date _____ | Allergies _____ | | | Facility _____ |

SIG.




Physician Signature:

---

|  | Last | First | Middle Initial |  |
|--|--|--|--|--|
| Name | Clemmons, Willie | | | Inmate # _____ |
| Date 2/25/08 | Allergies _____ | | | Facility AMJ |

SIG. Needs renewal of clonidine 0.1mg po BID

2/25/08

Physician Signature: OK per V/O Dr Bates /A Lawrence RN                    3

---

|  | Last | First | Middle Initial |  |
|--|--|--|--|--|
| Name | Clemmons, Willie | | | Inmate # _____ |
| Date 2-19-08 | Allergies NKDA | | | Facility _____ |

Ibu 800 mg. Bid x 3 days

w/o Dr. R. Roberson / A. Joseph

2/25/08

2

| | Last | First | Middle Initial | |
|---|---|---|---|---|
| Name | Clemons | Willie | | Inmate # ____ |
| Date | 1/21/08 | Allergies | NKA | Facility Autauga Metro |

SIG.

Ibu 800mg BID x 3 day

NPO / Dr. Bates / P. Moates, LPN

1-21-08

2

Physician Signature: _____

---

| | Last | First | Middle Initial | |
|---|---|---|---|---|
| Name | Clemon | Willi | | Inmate # _____ |
| Date | 1-22-08 | Allergies | | Facility _____ |

SIG.

1) Get Medical Record.
2) Clonidine 0.1 ᵍ P BID X 3d
3) Baseline EKG.

Physician Signature: 2          3

---

| | Last | First | Middle Initial | |
|---|---|---|---|---|
| Name | Clemmons | Willie | | Inmate # ____ |
| Date | 1/29/08 | Allergies | NKA | Facility Autauga Metro |

Ibu 800mg ÷ PO BID X 3 day
Put on dental list
NPO/Dr. Bates / P. Moates, LPN

2/11/08

2

2

QUALITY CORRECTIONAL HEALTH CARE
RELEASE OF INFORMATION AUTHORIZATION

*Willie Clemons*
*(Clemons)*
Name of Inmate

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    1/10/49
Inmate ID Number / Date of Birth

_____
Facility Releasing Information

2/25/08
Date

I hereby give my consent to QCHC and the above named facility to release the following information from my medical record to the facility/provider listed below:

(X) Records related to treatment of *Cardiac*
      from *2006* to *Present*

(X) Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care.

( ) Admission Reports          ( ) Discharge Reports          ( ) Operative Summary Reports

( ) X-Ray Reports              ( ) Special Studies Reports    ( ) Laboratory Reports

( ) Immunization History       ( ) Mental Health Reports      ( ) Psychiatric Summary Report

( ) Drug Treatment History and Counseling

( ) Other Records _____
      _____

*Autauga Metro Jail*
Facility/Provider to Receive Information

334-358-4827
Please Send Records to:

No Records Found ( )

This information has been disclosed to you from records whose confidentiality is protected by State law. State regulations prohibit you from making any further disclosure of this information without the prior written consent of person to whom it pertains.

I understand this authorization shall remain in full force and effect for the period of _____ from today's date unless withdrawn in writing by me.

I sign this willingly, and I release QCHC and the facility from any liability which may result from such release of information.

X *Willie Clemons*
Inmate Signature

2-25-08
Date

_____          _____
Witness                           Witness



## CONFIDENTIAL FACSIMILE COVER SHEET

If this facsimile is received in error, please notify Sender.

Date: 2/7/08

Pages (Including Cover Sheet) 2

To: _____

Sender: J Laurence RN Metro Jail Autauga

Fax Number: _____

Fax Number: 334 358 - 4827

Phone Number: _____

Phone Number: 334 - 361 - 2606

____ Urgent    ____ For Your Review    ____ Reply ASAP    ____ Please Comment

Comments: _____

Autauga Metro Jail

No cardiac record at Baptist South

*The Documents accompanying this transmission may contain confidential health information that is protected by law. This information is intended only for the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party.*

*If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited.*

**BRIEFLY STATE THE PROBLEM YOU NEED ASSISTANCE WITH:**

NOTE: If you follow instructions in preparing your request, it can be handled in a timely manner.
Failure to specifically state your request may result in no action being taken.

The medical staff is sending out for my
medical Records in the wrong name by not
spelling my name correctly my correct name
is Willie J. Clemmons and not Willie J. Clemor

So I hope this information will be some
help to the medical staff in getting my
medical Records so I can get the medical
treatment I need as soon as possible

I thank you all for the time and
Consideration concerning this matter

NMATE NAME: Willie J. Clemmon         POD ASSIGNMENT: _____

***** DO NOT WRITE IN THIS SPACE *****

SPOSITION:

_____

_____

_____

_____

CER'S SIGNATURE _____        DATE _____

QUALITY CORRECTIONAL HEALTH CARE
RELEASE OF INFORMATION AUTHORIZATION

*Willie Clemmons*                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   1/10/49
Name of Inmate                   Inmate ID Number / Date of Birth

*Dr. Thomas Woods*               2/7/07
Facility Releasing Information    Date

*Baptist Hosp Montg  286-3275*

I hereby give my consent to QCHC and the above named facility to release the following information from my medical record to the facility/provider listed below;

(X) Records related to treatment of *Pace-maker*
     from *2006* to *Present*

(X) Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care.

( ) Admission Reports          ( ) Discharge Reports          ( ) Operative Summary Reports

( ) X-Ray Reports              ( ) Special Studies Reports    ( ) Laboratory Reports

( ) Immunization History       ( ) Mental Health Reports      ( ) Psychiatric Summary Report

( ) Drug Treatment History and Counseling

( ) Other Records _____

---

*Autauga Metro Jail*
Facility/Provider to Receive Information

*334-358-4827*
Please Send Records to;

No Records Found ( )

This information has been disclosed to you from records whose confidentiality is protected by State law. State regulations prohibit you from making any further disclosure of this information without the prior written consent of person to whom it pertains.

---

I understand this authorization shall remain in full force and effect for the period of _____
from today's date unless withdrawn in writing by me.                                    2/15/08

I sign this willingly, and I release QCHC and the facility from any liability which may result from such release of information.

X *Willie C Clemmons*        2/7/08
Inmate Signature              Date

*Laurence W*
Witness                       Witness

...LITY CORRECTIONAL HEALTH CAP...
R...ASE OF INFORMATION AUTHORIZA...N

_Willie Clemons_    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   1/10/49
Name of Inmate       Inmate ID Number / Date of Birth

_Prattville Mental_   2/25/08
Facility Releasing Information   _Health_   Date

_Autauga County_

I hereby give my consent to QCHC and the above named facility to release the following information from my medical record to the facility/provider listed below:

( ) Records related to treatment of _____

      from _____ to _____.

(X) Physician/Provider's summary of my diagnosis, (medications), treatments, prognosis and recent care.

( ) Admission Reports     ( ) Discharge Reports     ( ) Operative Summary Reports

( ) X-Ray Reports     ( ) Special Studies Reports     ( ) Laboratory Reports

( ) Immunization History     (X) Mental Health Reports     ( ) Psychiatric Summary Report

( ) Drug Treatment History and Counseling

( ) Other Records _____

_____

_Autauga Metro Jail_
Facility/Provider to Receive Information

_334-358-4827_
Please Send Records to:

No Records Found ( )

This information has been disclosed to you from records whose confidentiality is protected by State law. State regulations prohibit you from making any further disclosure of this information without the prior written consent of person to whom it pertains.

I understand this authorization shall remain in full force and effect for the period of _____ from today's date unless withdrawn in writing by me.

I sign this willingly, and I release QCHC and the facility from any liability which may result from such release of information.

X _Willie Clemmons_    _2-25-08_
Inmate Signature       Date

_____     _____
Witness              Witness



## CONFIDENTIAL FACSIMILE COVER SHEET

*If this facsimile is received in error, please notify Sender.*

Date: _2/11/08_                          Pages (Including Cover Sheet) _2_

To: _Dr. Thomas Wools_    Sender: _Paula Moates, Ln_

Fax Number: _334-386-4175_    Fax Number: _334-358-4827_

Phone Number: _334-613-0807_    Phone Number: _334-361-2606_

_____Urgent    _____For Your Review    _____Reply ASAP    _____Please Comment

Comments: _____

_____ _Re: Willie Clemons_ _____

_____ _Attn: Gail_ _____

FAXED
2/11/08

*The Documents accompanying this transmission may contain confidential health information that is protected by law. This information is intended only for the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party.*

**If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited.**

ITY CORRECTIONAL HEALTH CAR
RELEASE OF INFORMATION AUTHORIZATION

*Willie Clemmons*          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   1/10/49
Name of Inmate                          Inmate ID Number / Date of Birth

*Dr. Thomas Woods*          2/7/08
Facility Releasing Information    Date

*Baptist Hosp Montg.* 286-3343    613-0807

I hereby give my consent to QCHC and the above named facility to release the following information from my medical record to the facility/provider listed below:

(X) Records related to treatment of *Pace maker*
     from *2006* to *Present*

(X) Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care.

( ) Admission Reports        ( ) Discharge Reports        ( ) Operative Summary Reports

( ) X-Ray Reports            ( ) Special Studies Reports  ( ) Laboratory Reports

( ) Immunization History     ( ) Mental Health Reports    ( ) Psychiatric Summary Report

( ) Drug Treatment History and Counseling

( ) Other Records _____

_____

*Autauga Metro Jail*
Facility/Provider to Receive Information

*334-358-4827*
Please Send Records to:

No Records Found ( )

This information has been disclosed to you from records whose confidentiality is protected by State law. State regulations prohibit you from making any further disclosure of this information without the prior written consent of person to whom it pertains.

I understand this authorization shall remain in full force and effect for the period of _____ from today's date unless withdrawn in writing by me.

I sign this willingly, and I release QCHC and the facility from any liability which may result from such release of information.

X *Willie C Clemmons*          *2/7/08*
Inmate Signature               Date

*J Laurence RN*                _____
Witness                        Witness

FAXED
2/7/08
*a*

*** CONSIDER ACUTE ST ELEVATION MI ***

Sinus rhythm
Poor R wave progression - probable normal variant
Anteroseptal ST elevation, CONSIDER ACUTE INFARCT

Abnormal ECG                          * Unconfirmed Analysis

D.O.B.: 01/10/1949    59 YEARS
MALE            BLACK
Meds:
Class:
Dr:    Bates
Tech:  Moates

| Vent. Rate: | 61 bpm |
| RR Interval: | 970 ms |
| PR Interval: | 150 ms |
| QRS Duration: | 82 ms |
| QT Interval: | 406 ms |
| QTc Interval: | 407 ms |
| QT Dispersion: | 54 ms |
| P-R-T AXIS: 65° 67° 36° | |

Comment: standard ecg



L: 10 mm/mV
C: 10 mm/mV

QTc=Hodges

25 mm/s
STABLE 40

QCHC
PHYSICIAN'S PROGRESS NOTES

| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|------|------|-----------------------------------|
| 1/21/08 | | S - Pt _c_ _c/o_ sharp chest pain and hx _____ |
| | | BP _____ Pt Dir. _____ of breath. _____ |
| | | Unable to give _____ in the way of _____ |
| | | history. |
| | | O - BP 184/110  P 60  R 20  Afeb  Sat 99% |
| | | On WD thin _____ mild _____ no distress. |
| | | _____ |
| | | Neck RRR |
| | | Mild Chest wall tender |
| | | A 1) Hx of Hypertension |
| | | 2) Hx of Mild Heart Dis. |
| | | P - 1) Obtain M ____ |
| | | 2) Observe |
| | | 3) Baseline EKG |
| | | _____ |
| | | |
| 2/21/08 | | S - Pt _c_ _c/o_ toothache  state that he had hx |
| | | _____ repaired in 2008. |
| | | O. Broken tooth gum _____ |
| | | _____ - took EKG and saw after |
| | | S pain syst _̄_ Pulm Hg 65. |
| | | A 1) Fx tooth |
| | | 2) _____ |
| | | P - 1) Fu up _____ _c_ Dentist. |
| | | _____ |
| | | |

| AME- LAST | FIRST | MIDDLE | | DOB |
|-----------|-------|--------|--|-----|
| Clemons | Willie | | | |

Check one: ___ De___ ✓ Medical ___ Mental Health

Name: _Willie Clemons_   Inmate I.D. Number _____

Social Security No. _____

Housing Unit _____ 7 _____

Medical Problem (be specific): _____

I have chest pains, I suffer from lower stomach back pains, head ache. I need mental health medications, tooth ache

Inmate's Signature _Willie Clemons_ Date _____ Time _____

---

FOR MEDICAL UNIT USE ONLY

S: States, "I have regular BM's." Had chest pains before coming in. Started having stomach pain 3 days ago.

O: T 97 P 62 RR 18 BP 180/100 WT _____ Pulse Ox 98 %
c/o sharp pains around lower abdomen to back. "10" pain. Sharp pains in chest "9". Has pacemaker ① chest area, Pacemaker put in 2008.

A: Ø chest congestion noted. B/s x4 quad. Ø Pressure on chest. I/m states "I'm on mental health meds, clozoril, depakote.

P: Ibu 800mg BID X3 days.

E: _____

Disposition: _____

Nursing Protocol: _P. Martin, Ln_

Provider's Signature: _____ Date 1/21/08 Time _____

Referred to Physician ☐ Appointment Date _____ Time _____

JACKSON HOSPTIAL & CLINIC, INC.
1235 FOREST AVENUE
MONTGOMERY, ALABAMA  36106

CARDIAC CATHETERIZATION REPORT

Name:  CLEMMONS, WILLIE                Hosp No:  387963
Physician: WOOL                        Room No: 319        Date:  1/7/91

PREOP DIAGNOSIS:  CHEST PAIN.

POSTOP DIAGNOSIS:  CHEST PAIN.

PROCEDURE:  LEFT HEART CATHETERIZATION, CORONARY AND LEFT VENTRICULAR CINEANGIOGRAPHY.

DESCRIPTION OF PROCEDURE:  THIS PATIENT WAS BROUGHT TO THE CARDIAC CATH LAB IN THE POSTAB-
SORPTIVE STATE.  LEFT HEART CATHETERIZATION WAS CARRIED OUT WITHOUT DIFFICULTY USING A
RIGHT FEMORAL ARTERIAL PERCUTANEOUS APPROACH WITH ROUTINE SELDINGER TECHNIQUE AND LOCAL 1%
XILOCAINE ANESTHESIA.  A #7 FRENCH SHEATH WAS INSERTED PERCUTANEOUSLY INTO THE RIGHT
FEMORAL ARTERY, ASPIRATED, FLUSHED AND SUTURED IN PLACE FOLLOWING WHICH THE PATIENT WAS
GIVEN 3000 UNITS OF HEPARIN INTRAVENOUSLY.  EACH TIME A NEW CATHETER WAS EITHER INTRODUCED
OR REMOVED, THIS WAS DONE OVER A J-TIPPED GUIDE WIRE WHOSE TIP WAS LEFT POSITIONED IN THE
DESCENDING AORTA.  A JUDKINS 4 RIGHT CORONARY CATHETER WAS ADVANCED ACROSS THE AORTIC
VALVE INTO THE LEFT VENTRICLE AND A PULL-BACK WAS RECORDED.  ROUTINE RIGHT AND LEFT JUD-
KINS STYLE CORONARY ANGIOGRAMS  WERE ACCOMPLISHED IN MULTIPLE  VIEWS WITHOUT DIFFICULTY.
A LEFT VENTRICULOGRAM WAS DONE IN THE RIGHT ANTERIOR OBLIQUE PROJECTION WITH A PIG-TAIL
CATHETER BY INJECTING 10ML OF CONTRAST PER SECOND TIMES FOUR SECONDS.  THE PIG-TAIL WAS
THEN WITHDRAWN OVER A GUIDE WIRE AND THE PATIENT WAS TAKEN TO THE HOLDING AREA WHERE THE
SHEATH WAS REMOVED AND PRESSURE WAS APPLIED FOR TWENTY MINUTES TILL BLEEDING CEASED.
THERE WERE NO APPARENT COMPLICATIONS.


1-7-91
JDB                                    THOMAS J. WOOL, M.D.

LEFT VENTRICLE:  THE LEFT VENTRICLE IS OF NORMAL SIZE WITH NORMAL CONTRACTILITY.
THE MITRAL VALVE IS COMPETENT. A PACEMAKER LEAD IS PRESENT WITH ITS TIP TERMINATING IN THE
RIGHT VENTRICULAR APEX.

CONCLUSIONS:
1.  NORMAL CORONARY ARTERIOGRAMS.
2.  NORMAL LEFT VENTRICULOGRAM.

1-7-91
JDB                                THOMAS J. WOOL, M.D.


# JACKSON HOSPITAL & CLINIC, INC.
### 1235 FOREST AVENUE
### MONTGOMERY, ALABAMA 36106

## CARDIAC CATHETERIZATION REPORT

Name: CLEMMONS, WILLIE      Hosp. No. 387963

Physician: WOOL      Room No. 319      Date: 1/7/91

Age: 41   Sex: M   Wgt: 166   BSA: 1.89 M²   Rhythm: SINUS BRADYCARDIA

Procedure: LHC

Angiocardiograms CORONARY ANGIOGRAMS, LV GRAM

Diagnosis

| SITE | PRESSURE | | BLOOD O₂ CONTENT | | FICK DATA | REST | EXERCISE |
|---|---|---|---|---|---|---|---|
| | PHASIC | MEAN | VOL % | % SAT'N | O Consumption (ml/min/m²) | | |
| SVC | | | | | A-V Diff (ml100ml) | | |
| IVC | | | | | Systemic bld flow (l/min) | | |
| RT ATRIUM | | | | | Cardiac Index (L/min/m²) | | |
| RT VENT | | | | | Heart Rate | | |
| PUL ARTERY | | | | | THERMODILUTION DATA | | |
| PUL CAP | | | | | Systemic bld flow (L/min) | | |
| LT ATRIUM | | | | | Cardiac Index (L/min/m²) | | |
| LT VENT | | | | | RESISTANCES (DSC⁵) | | |
| AORTA | | | | | Pulmonary _____ Systemic | Rp:Rs _____ | |
| BRACH-ART | | | | | SHUNT CALCULATION (L/Min) Systemic Blood flow Pulmonary Blood flow | | |
| | | | | | R    L Shunt | | |
| | | | | | L    R Shunt | | |
| ART O₂ CAP | | | | | Net Shunt Qp:Qs: | | |

| VALVE DATA | MITRAL | AORTIC | | |
|---|---|---|---|---|
| Pk valve gradients (mmHg) | | | Grid Distance LV Gram Heart Rate | |
| Mean valve gradients (mmHg) | | | Angiographic Ejection Fraction Angiographic Cardiac Output TOTAL CONTRAST | |
| Valve Areas (cm²) | | | | |

## COMMENTS AND CONCLUSIONS:

HEMODYNAMIC DATA: THE RESTING LEFT HEART PRESSURES ARE NORMAL.

ANGIOGRAPHIC DATA:

RIGHT CORONARY ARTERY: THE RIGHT CORONARY ARTERY IS DOMINANT AND FREE OF OBSTRUCTING LE-SIONS.

LEFT MAIN CORONARY ARTERY: NORMAL.

LEFT ANTERIOR DESCENDING CORONARY ARTERY: NORMAL.

LEFT CIRCUMFLEX: NORMAL.

Southeastern Cardiology Consultants, P. C.

PATIENT:  CLEMMONS, WILLIE J.
CHART NO:  10320
DATE:  07/25/03
PAGE TWO

The patient underwent exercise testing. At peak exercise, the patient was injected with 26.9 mCi TC 99 Myoview.  The Myoview images showed homogenous uptake of the trace distribution throughout the myocardium to suggest normal perfusion throughout the myocardium.

CONCLUSION:
   A.   Negative dual isotope Myoview study.
   B.   Gated wall motion analysis in the resting stated showed normal wall motion.
   C.   The post stress ejection fraction derived from quantitative gated SPECT is 56%.

_____
        Kenneth J. Wool, M.D., F.A.C.C.

KJW/dec
D:  07/25/03
T:  07/28/03
Route Results To: Thomas J. Wool, M.D., F.A.C.C.
CC:  Mark Sonnier, M.D. (Staton Correctional Facility).
Scan No: 03-1511
*****

\* \* \* \*

Southeastern Cardiology Consultants, P.C.
440 Taylor Road, Montgomery, Alabama 36117
(334) 265-7075

CHART   : 10320                          DATE: 07/25/2003
SSN     : 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                     DOB : 01-10-1949
PATIENT : CLEMMONS, WILLIE J              AGE : 54
DOCUMENT: Test Results

~~REQUESTING PHYSICIAN: Thomas J. Wool, M.D., F.A.C.C.~~

**PRIMARY PHYSICIAN**: Mark Sonnier, M.D. (Staton Correctional Facility)

### STRESS TEST REPORT

After obtaining informed consent, the patient was brought to the stress
lab where treadmill exercise testing was performed according to the Bruce
protocol.  Baseline data showed a resting heart rate of 68 beats per
minute with a resting blood pressure of 166/88 mmHg.  Resting EKG showed
sinus rhythm.

The patient exercised for 6 minutes in the Bruce protocol achieving a
maximum heart rate of 119 beats per minute which represents 75% predicted
maximum heart rate for 54 years of age.  Total exercise capacity was 7
mets.  Blood pressure rose to 218/106 mmHg.  The test was interrupted
because of fatigue.  There was no chest pain or any significant
arrhythmias on the EKG.  There were no exercise induced ischemic changes
in the EKG.

CONCLUSION:
1.    This test is considered clinically negative for exercise induced
      ischemia.
2.    To the level of exercise achieved, there are no ischemic changes
      in the EKG.
3.    Myoview was injected at peak exercise and images are pending.
4.    Hypertensive response to exercise.

Pervaiz Malik, M.D.

PAM/dec
D:    07/25/2003
T:    07/28/2003

### DUAL ISOTOPE MYOVIEW IMAGING REPORT

The patient was injected with 4.60 mCi Thallium at rest and images of the
myocardium were obtained.  There was homogenous uptake of tracer
distribution throughout the myocardium to suggest viable myocardium.

(continued)

CLEMMONS,WILLIE
ID:    10320

MALE
Loc:    1
Dr:    DRTOMWOOL
Tech:    SW

57 YEARS

| Vent. Rate: | 68 bpm |
| P Duration: | 96 ms |
| QRS Duration: | 80 ms |
| PR Interval: | 126 ms |
| QT Interval: | 376 ms |
| QTc Interval: | 390 ms |
| QT Dispersion: | 22 ms |
| P-R-T AXIS: | 71° 76° 69° |

Sinus rhythm

Normal ECG

* Unconfirmed Anal



SOUTHEASTERN CARDIOLOGY



Southeastern Cardiology Consultants, P.C.

Clemmons, Willie J.
Chart No.: 10320
February 17, 2004
Page Two

AV: Delay

After-sense: 140 ms
After-pace: 200 ms.

V. PULSE:

Amplitude: 2.5 volts
Width: 0.40 ms.
Sensitivity: 4.0 mv.
Refractory: 230 ms.

A. PULSE:

Amplitude: 2.5 volts
Width: 0.46 ms.
Sensitivity: 1.4 mv.
PVARP: Auto

**IMPRESSION AND PLAN:** Normal DDDR pacing function. The only change made to the patient's device today was to slightly increase the atrial pulse width to allow for a greater safety margin. The patient is 66.4% a-sensed/v-sensed and 24.6% a-paced/v-sensed. He has had insignificant high rate episodes. He will continue his transtelephonic monitoring and return here in six months for a follow-up evaluation unless he is released from prison and then he will notify us of his whereabouts.

2/18/04  Cam Hamilton R—
Cam Hamilton, R.N.

CH/TJW/slf
CC: SCD
DD: 2/17/04
DT: 2/17/04
*****

```
****
                   Southeastern Cardiology Consultants, P.C.
                 2055 East South Blvd, Montgomery, Alabama 36116
                               (334) 613-0807

        CHART   : 10320                        DATE: 02/17/2004
        SSN     : 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                  DOB : 01-10-1949
        PATIENT : CLEMMONS, WILLIE J           AGE : 55
        DOCUMENT: Clinic Note
```

It was a pleasure seeing Mr. Clemmons today for his routine pacemaker evaluation. He denies any symptoms that would indicate pacemaker problems and his site is normal. He is still in prison but states that he will be released soon, possibly in August. This will be around the time of his next evaluation and the patient was asked to inform us, should he be released, of his whereabouts.

## PACEMAKER EVALUATION:

### PACEMAKER INFORMATION:

Type of Device: Medtronic
Model No.: Kappa KDR 701
Date Implanted: 7/24/2000

Battery Voltage: 2.74 volts
Atrial lead impedance: 669 ohms
Ventricular lead impedance: 974 ohms
Underlying rhythm: Sinus rhythm.

### SENSITIVITY THRESHOLDS:

Atrial sensitivity: 1.4 to 2.0 mv.
Ventricular sensitivity: 11.2 to 15.68 mv.

### THRESHOLD CAPTURE MARGIN TEST:

Atrial amplitude: 0.75 volts @ 1 ms.
Atrial pulse width: 0.09 ms. @ 1.5 volts
Ventricular amplitude: 0.75 volts @ 1 ms.
Ventricular pulse width: 0.12 ms. @ 1.5 volts

### FINAL SETTINGS:
Mode: DDDR
Mode Switch: On
Lower Rate: 60
Upper Rate: 120

(continued)

Southeastern Cardiology Consultants, P.C.
Clemmons, Willie J.
Chart No: 10320
July 19, 2005
Page Two


PACEMAKER EVALUATION: I interrogated and tested his pacemaker. No changes were made in the programmed parameters which are as follows: Mode DDDR. Mode switch on. Detect rate 150. Lower rate 60. Upper rate 120. AV paced and sensed intervals are 200 and 140. Atrial lead amplitude 2.5, pulse width 0.46, sensitivity 1.40. Ventricular lead amplitude 2.5, pulse width 0.64, sensitivity 4.0. His underlying rhythm today is sinus. Lead impedances are 647 RA and 846 RV. He has an estimated 56 months of battery life remaining. He has had rare mode switch episodes. Underlying rhythm today is sinus. His atrial amplitude threshold at 0.52 ms is 0.5 volts. His atrial pulse width threshold at 2 volts is 0.03 ms. P waves measure 1.4 to 2 mV and R waves 11 to 16 mV.

IMPRESSION AND PLAN: Pacemaker function is normal and the patient has many years of remaining battery life. His blood pressure is not well controlled. On the consult form to be returned to the jail, I suggested that they add Norvasc 5 to 10 mg a day.


Thomas J. Wool, M.D., FACC, FSCAI


TJW/jb
CC:    Dr. Mark Sonnier
       Staton Correctional Facility

DD:    07/19/05
DT:    07/19/05
*****

*****

Southeastern Cardiology Consultants, P.C.
2055 East South Blvd, Montgomery, Alabama 36116
(334) 613-0807

CHART    : 10320                         DATE: 07/19/2005
SSN      : 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                   DOB : 01-10-1949
PATIENT : CLEMMONS, WILLIE J             AGE : 56
DOCUMENT: CLINIC NOTE

PRIMARY PHYSICIAN:
Dr. Mark Sonnier
Staton Correctional Facility
P.O. Box 56
Elmore, AL 36025

PROBLEM LIST:
1.    Status post permanent pacemaker implantation 10/90, latest revision 07/2000.
2.    Hypertension.

MEDICATIONS:  Atenolol 50 mg 1 qd and ASA coated 325 mg 1 qd.

ALLERGIES:  No known drug allergies.

INTERVAL HISTORY:  Mr. Clemmons comes in today for a pacemaker evaluation.  He has
no cardiac related complaints.  He apparently told some people at the jail that his pacemaker had
stopped working.  He states that this was based on what he was told by an emergency room
doctor in Prattville.

PHYSICAL EXAM:

VITAL SIGNS:        HT-    5' 8"
                    WT-    150
                    BP-    177/102 sitting; 179/08 standing.
                    HR-    69

LUNGS: Clear.

CARDIAC EXAM: Regular rhythm, no murmur.  No carotid bruits.  No JVD or edema.

EKG:  The 12-lead EKG is normal.

Continued...

## Southeastern Cardiology Consultants

Name: _Willie J. Clemmons_     Chart Number: _10320_

DOB: _1-10-49_                 Primary MD: _Nicholes_

Allergies: _None_

| Date | Medication and Dosage | Date D/C | Comments |
|------|----------------------|----------|----------|
| 7/9/05 | atenolol 50mg Ī qd. | | |
| | ASA coated 325 mg Ī qd | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |



## CONFIDENTIAL FACSIMILE COVER SHEET

If this facsimile is received in error, please notify Sender.

Date: _2/11/08_    Pages (Including Cover Sheet) _2_

To: _Dr. Thomas Woods_    Sender: _Paula Moates, LPN_

Fax Number: _334-386-4175_    Fax Number: _334-358-4822_

Phone Number: _334-613-0307_    Phone Number: _334-361-2606_

____ Urgent    ____ For Your Review    ____ Reply ASAP    ____ Please Comment

Comments: _Re: Willie Clemons_

_Attn. Gail_

_Attention_
_Lacheryl_

_613-0081_

**FAXED**
_2/11/08_

The Documents accompanying this transmission may contain confidential health information that is protected by law. This information is intended only for the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited.

QUALITY CORRECTIONAL HEALTH CARE
RELEASE OF INFORMATION AUTHORIZATION

*Willie Clemons*
(Clemmons)
Name of Inmate

*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  1/10/49*
Inmate ID Number / Date of Birth

*Dr Thomas Woods*
Facility Releasing Information

*2/25/08*
Date

---

I hereby give my consent to QCHC and the above named facility to release the following information from my medical record to the facility/provider listed below:

(X) Records related to treatment of *Cardiac*
from *2006* to *Present*

(X) Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care.

( ) Admission Reports        ( ) Discharge Reports        ( ) Operative Summary Reports

( ) X-Ray Reports            ( ) Special Studies Reports   ( ) Laboratory Reports

( ) Immunization History     ( ) Mental Health Reports     ( ) Psychiatric Summary Report

( ) Drug Treatment History and Counseling

( ) Other Records _____

---

*Autauga Metro Jail*
Facility/Provider to Receive Information

*334-358-4827*
Please Send Records to:

No Records Found ( )

This information has been disclosed to you from records whose confidentiality is protected by State law. State regulations prohibit you from making any further disclosure of this information without the prior written consent of person to whom it pertains.

I understand this authorization shall remain in full force and effect for the period of _____ from today's date unless withdrawn in writing by me.

I sign this willingly, and I release QCHC and the facility from any liability which may result from such release of information.

X *Willie Clemons*
Inmate Signature

*2-25-08*
Date

*J Saunders Rn*
Witness

_____
Witness

QCHC
PHYSICIAN'S PROGRESS NOTES

NOTES MUST BE SIGNED BY PHYSICIAN

| DATE | TIME | |
|------|------|--|
| 3/18/08 | 8 Am | *(handwritten notes, illegible)* |
| 3/4/08 | 11 Am | *(handwritten notes, illegible)* |

NAME - LAST *(handwritten)*   FIRST   MIDDLE   DOB



# CONFIDENTIAL FACSIMILE COVER SHEET

If this facsimile is received in error, please notify Sender.

Date: _2/7/08_

To: _____

Fax Number: _____

Phone Number: _____

Pages (Including Cover Sheet) _2_

Sender: _J Lawrence w/ Autauga Metro Jail_

Fax Number: _334 358-4827_

Phone Number: _334-361-2606_

___ Urgent    ___ For Your Review    ___ Reply ASAP    ___ Please Comment

Comments: _____

_Autauga Metro Jail_

_No cardiac record at Baptist South_

*The Documents accompanying this transmission may contain confidential health information that is protected by law. This information is intended only for the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party.*

*If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited.*

QCHC SICK CALL REQUEST

Check one: _____ / Dental     _____ / Medical     _____ / Mental Health

Name: _Willie Clemons_     Inmate I.D. Number_____

Social Security No._____

Housing Unit_____

Medical Problem (be specific): _I am haveing Pains From broken Tooth_
_that was left in my Gums by the Dentist. I am also suffering from Chest_
_Pains due to the FAct that I need nitro medication and A new pace make_
_Replacement, I need my mental Health medication and Hepatitis 'c Treatment._

Inmate's Signature _willie Clemons_ Date _2-25-08_ Time _____

FOR MEDICAL UNIT USE ONLY

S: _____

_____

_____

O: T_____ P_____ RR_____ BP_____ WT_____ Pulse Ox_____%

_____

_____

A: _____

_____

P: _Obtain MH records & medical_
_records_

E: _____

_____

_____

Disposition:_____

Nursing Protocol: _____

Provider's Signature: _____ Date _____ Time _____

Referred to Physician ⌐ Appointment Date _____ Time_____

OCHC SICK CALL REQUEST

Check one: _____ Dental   ✓ Medical   _____ Mental Health

Name: *Willie Clemons*   Inmate I.D. Number _____

Social Security No. 7 _____

Housing Unit _____

Medical Problem (be specific): *I had a black out and getting out of bed and slip down and hurt my back an neck I also need blood P. pills, for my H. blood P.*

Inmate's Signature *Willie J. Clemons* Date *2-26-08* Time _____

FOR MEDICAL UNIT USE ONLY

S: *"Dr pulled my tooth & left same in there. I need some pain pills"*

O: T *97.3* P *83* RR *20* BP *118/76* WT _____ Pulse Ox *98* %

A: _____

P: *Motrin 800 mg BID X 3 days*

E: _____

Disposition: _____

Nursing Protocol: _____

Provider's Signature: _____ Date *2/26/08* Time _____

Referred to Physician   Appointment Date _____ Time _____

## QCHC Off-Site Consultation Request

FROM:  Autauga County Jail
         Phone Number: (334) 358-3729  Ext: 226
         Fax: (334) 358-4827

BILL TO:  QCHC, Inc.
       200 Narrows Parkway, Suite A
       Birmingham, AL 35242
       Corporate Number (205) 437-1512

Date & Time: _2/9/08  1100 A_  Patient's Name: _Willie Clemons_

DOB: _1/10/49_  SS #: _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_  Sex: (M) F  Inmate Loc: _7_

Site Contact: _Paula Moates, LU_  Off-Site Facility: _Dr. Roberson_

Off-Site Address & Phone # _365-2238_

---

Complaint/Significant Medical Data (Chronic conditions, allergies, current meds, lab & x-ray results, treatments, etc.) _____

_CC: Pain U.E._
_Dx: broken infected #12, 13._

---

Instructions to Off-Site Provider: Authorization is provided ONLY for requested procedure and treatment of life-threatening conditions.  Prior approval from QCHC's Medical Director is required for additional procedures or hospitalization.  Failure to notify the medical contact person may result in reduced benefits and/or possible denial of payment.  Because of security concerns, inmates must NOT be informed of follow-up appointments or possible hospitalization.  Please note we have a NO NARCOTIC policy.  Complete bottom portion of this Off-Site Consultation form and return in a sealed envelope with the Correctional Officer when the inmate is returned to the facility or fax to the site fax number listed above.  Authorization for payment of services is only guaranteed during the time of actual confinement of the inmate under the custody of the above listed jail/prison and under the terms of our County contract.

Significant Findings/Tests Completed/Diagnosis: _____

Treatment Provided: _TX: 3-C - ext #12-13_

Orders/Recommendations: _Rx Ibuprofen 800 mg tid x 3 days_

Date/Time: _19 Feb 08_

                                                              MD

QUALITY CORRECTIONAL HEALTH CARE
## RELEASE OF INFORMATION AUTHORIZATION

*Willie Clemmons*    *Clemons*    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  1/10/49
Name of Inmate        Inmate ID Number / Date of Birth

*Prattville Mental Health*    2/25/08
Facility Releasing Information    Date

*Autauga County*

I hereby give my consent to QCHC and the above named facility to release the following information from my medical record to the facility/provider listed below:

( ) Records related to treatment of _____
from _____ to _____ .

(X) Physician/Provider's summary of my diagnosis, (medications), treatments, prognosis and recent care.

( ) Admission Reports      ( ) Discharge Reports      ( ) Operative Summary Reports

( ) X-Ray Reports      ( ) Special Studies Reports      ( ) Laboratory Reports

( ) Immunization History      (X) Mental Health Reports      ( ) Psychiatric Summary Report

( ) Drug Treatment History and Counseling

( ) Other Records _____
_____

*Autauga Metro Jail*
Facility/Provider to Receive Information

*334 - 358 - 4827*
Please Send Records to:

No Records Found ( )

This information has been disclosed to you from records whose confidentiality is protected by State law. State regulations prohibit you from making any further disclosure of this information without the prior written consent of person to whom it pertains.

I understand this authorization shall remain in full force and effect for the period of _____ from today's date unless withdrawn in writing by me.

I sign this willingly, and I release QCHC and the facility from any liability which may result from such release of information.

X *Willie Clemmons*    2-25-08
Inmate Signature        Date

_____      _____
Witness                Witness

**QCHC**
**PHYSICIAN'S PROGRESS NOTES**

| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|------|------|-----------------------------------|
| 1/21/08 | | S- Pt _c̄_ _%_ _____ chest pain and hi _____._ |
| | | _____ BP _c̄_ _____ history of _____._ _____ |
| | | Unable to give us much in the way of medical |
| | | history. |
| | | O- BP 144/110  P 60  R 20  Afeb.  Sat 79% |
| | | Gen WD thin _____ male in no distress. |
| | | _____ |
| | | Heart RRR |
| | | Mild chest wall tender |
| | | A 1) Hx of Hypertension |
| | | 2) Hx of Mental Health Dis. |
| | | P 1) Obtain All _____ |
| | | 2) O _____ |
| | | 3) _____ EKG |
| | | ✓ |
| 2/27/08 | | S- Pt _c̄_ _%_ _____ state that he had his |
| | | _____ _____ in 2000. |
| | | O- Both _____ _____ |
| | | _____ — _____ EKG and saw _____ |
| | | _____ .  Pulse ___ 65. |
| | | A 1) Fx tooth |
| | | 2) _____ |
| | | P 1) F/u _____ _c̄_ Dentist. |
| | | ✓ |

| NAME- LAST | FIRST | MIDDLE | DOB |
|------------|-------|--------|-----|
| Clemons | Willie | | |

# QHC SICK CALL REQUEST

Check one: _____ Dental ✓ Medical _____ Mental Health

Name: Willie Clemons          Inmate I.D. Number _____

Social Security No. _____

Housing Unit _____7_____

Medical Problem (be specific): _____

I have chest pains, I suffer from Lower stomach back pains, head aches. I need mental Health medications, tooth ache

Inmate's Signature Willie Clemons          Date _____ Time _____

---

FOR MEDICAL UNIT USE ONLY

S: States "I have regular BM's." Had chest pains before coming in. Started having stomach pain 3 days ago.

O: T 97⁵ P 62 RR 18 BP 180/102 WT _____ Pulse Ox 98 %

c/o sharp pains around lower abdomen to back. "10" pain. Sharp pains in chest "9". Has pacemaker ① chest area. Pacemaker put in 2008.

A: ② chest congestion noted B/S x4 quad. ⊘ pressure on chest. I'm states "I'm on mental health meds, Clozaril, depakote.

P: Ibu 800mg BID X 3 days.

E: _____

Disposition: _____

Nursing Protocol: R. Mattes, Ln

Provider's Signature: _____ Date 1/21/08 Time _____

Referred to Physician ☐ Appointment Date _____ Time _____

## QCHC SICK CALL REQUEST

Check one: ___✓___ Dental    ___✓___ Medical    _____ Mental Health

Name: _Willie J. Clemmons_    Inmate I.D. Number_____

Social Security No._____

Housing Unit_____

Medical Problem (be specific): _I still have tooth aches because I still have a tooth to be Pulli. I still need my pace maker Replacement and monitoRinsed, I also needs my mental Health medication, my neck and back Pains_

Inmate's Signature _Willie Clemmon_ Date_2-4-08_ Time_____

---

FOR MEDICAL UNIT USE ONLY

S: _____

_____

_____

O: T_____ P_____ RR_____ BP_____ WT_____ Pulse Ox_____%

_____

_____

_____

A: _____

_____

_____

P: _____

_____

_____

E: _____

_____

_____

Disposition:_____

_____

Nursing Protocol:_____

Provider's Signature:_____ Date_____ Time_____

Referred to Physician ⌐ Appointment Date_____ Time_____

QCHC SICK CALL REQUEST

Check one: ✓ Dental    ✓ Medical    ✓ Mental Health

Name: _Willie J. Clemons_    Inmate I.D. Number _____

Social Security No. _____

Housing Unit _D - 725_

Medical Problem (be specific): _I need nitro medicaltion foR FoR my haRt, I need A new Pace mAkeR FoR my haRt, I need my mentAl Heath medication because I can sleeP and I hear voices, I Also need my old montoRinRed, Pace mAkeR I need medicatio FoR A paining Tooth_

Inmate's Signature _Willie J. Clemons_ Date _2-18-08_ Time _____

FOR MEDICAL UNIT USE ONLY

S: _____

_____

_____

O: T ___ P ___ RR ___ BP ___ WT ___ Pulse Ox ___ %

_____

_____

A: _____

_____

_____

P: _____

_____

_____

E: _____ 2/14/07

_____

_____

Disposition: _____

_____

Nursing Protocol: _____

Provider's Signature: _____ Date _____ Time _____

Referred to Physician ⌐ Appointment Date _____ Time _____

Check one: ✓ ___tal     ✓ Medical     ✓ ___ntal Health

Name: Willie J, Clemmons     Inmate I.D. Number_____

Social Security No. 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

Housing Unit D- 703

Medical Problem (be specific): (1) I need medication FoR A bad
teeth that need pulling (2) I can't sleep At nigh
(3) hearing voices I need my mental Health medication,
(5) I need my PACEMAKER monitoring (4) my blood PRe, is High all The Time

Inmate's Signature Willie J, Clemmon Date 1-6-08     Time_____

FOR MEDICAL UNIT USE ONLY

S: _____

_____

O: T 97² P 71 RR 20 BP 142/88 WT___ Pulse Ox 99 %

_____

_____

A: _____

_____

P: On Dental List c̄ Appt
Motrin 400 mg BID X 7days  J Laurence RN
Obtain records c̄
E: _____ faxed request 2/7/08

_____

Disposition:_____

Nursing Protocol: _____

Provider's Signature: J Laurence RN  Date 2/8/08     Time_____

Referred to Physician     Appointment Date _____ Time_____

Check one: _____ ntal    _____ Medical    _____ ental Health

Name: Willie Jr, Clemons    Inmate I.D. Number _____

RECEIVED 1-27-08

Social Security No. _____

Housing Unit W - 70 3

Medical Problem (be specific): I have a tooth
Ache from 4 bad Teeth that need
To be Pull,

Inmate's Signature Willie Clemons Date _____ Time _____

FOR MEDICAL UNIT USE ONLY

S: _____

O: T 97⁶ P 68 RR 20 BP 144/90 WT ____ Pulse Ox 99 %
broken tooth c̄ cavity (L) ↑ back

A: toothache

P: Ibu 800mg ī PO BID x 3 days
Put on dental list

E: _____

Disposition: Paula Moates, LP 1/29/08

Nursing Protocol: _____

Provider's Signature: _____ Date _____ Time _____

Referred to Physician ⌐ Appointment Date _____ Time _____

## QCHC
## NURSE'S NOTES

| DATE | TIME | |
|------|------|---|
| 3/22/08 | 1115 AM | During H&P, I asked I/m 3 times was he suicidal and he answered yes. Officer Matthews asked I/m one more time if he wanted to commit suicide and he stated "yes". I/m put into Isolation for observation. — P. Moates, LP |
| 3/27/08 | 50 pm | At pill call, I/m refused to take his meds stating, "I ain't taking that, I ain't taking nothing from you lady." "Someone will be coming to see you in a couple of days." — P. Moates, LP |
| 4/2/08 | 8 AM | Inmate stated he felt his blood pressure was high, has had several headaches in the past few days, he requested to have his pressure taken this AM, brought up to the med office, B/p 180/100 at this time. Inmate was told his B/p would be checked twice a week. — Venice Trimble RN |
| 4/5/08 | 8 AM | I/m came to medical for routine B/p check, 210/132. Stated, "My head hurts a little." |
| | 10 25 | I/m brought back to medical, MD ordered 0.2 mg Clonidine x1 dose. Will recheck in one hour. |
| | 1130 AM | I/m B/p 140/118 P 78, MD ordered Norvasc 5mg QD. — P. Moates, LP |

| NAME- LAST | FIRST | MIDDLE | DOB |
|------------|-------|--------|-----|
| Clemons | Willie | | 1-10-49 |